IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IVAN FORD, | ) |
| | ) |
| Plaintiff, | ) Case No.: |
| | ) |
| v. | ) |
| | ) COMPLAINT FOR VIOLATION OF |
| City of Chicago, Chicago Police Officers Adam Wallace, Star No. 14953, James Echols, Star No. 12329, Angela Pittman, Star No. 8235, and Baneond Chinchilla, Star No. 9445, | ) CIVIL RIGHTS |
| | ) |
| | ) **JURY DEMANDED** |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983). This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343 and 1331 and 1367.

2. Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

## PARTIES

3. At all times herein mentioned, Plaintiff Ivan Ford ("Ford") was and is a citizen of the United States, and was within the jurisdiction of this court.

4. At all times herein mentioned, Chicago Police Officer Adam Wallace, Star No. 14953, ("Wallace") was employed by the Chicago Police Department, and was acting under color of state law and as the employee, agent, or representative of the Chicago Police Department. This Defendant is being sued in their individual capacity.

5. At all times herein mentioned, Chicago Police Officer James Echols, Star No. 12329, ("Echols") was employed by the Chicago Police Department and was acting under color

of state law and as the employee, agent, or representative of the Chicago Police Department. This Defendant is being sued in their individual capacity.

6. At all times herein mentioned, Chicago Police Officer Angela Pittman, Star No. 8235, ("Pittman") was employed by the Chicago Police Department and was acting under color of state law and as the employee, agent, or representative of the Chicago Police Department. This Defendant is being sued in their individual capacity.

7. At all times herein mentioned, Chicago Police Officer Baneond Chinchilla, Star No. 9445, ("Chinchilla") was employed by the Chicago Police Department and was acting under color of state law and as the employee, agent, or representative of the Chicago Police Department. This Defendant is being sued in their individual capacity.

8. At all times herein mentioned, the City of Chicago was a political division of the State of Illinois, existing as such under the laws of the State of Illinois. At all relevant times, the City of Chicago maintained, managed, and/or operated the Chicago Police Department.

**FACTUAL ALLEGATIONS**

9. On April 11, 2017, Plaintiff was lawfully located inside an apartment building located at 52 N. Parkside, in the City of Chicago, County of Cook, State of Illinois.

10. On that day and place Defendants Wallace, Echols, Pittman, and/or Chinchilla seized Plaintiff's person without legal cause and subjected him to a custodial arrest.

11. Defendants Wallace, Echols, Pittman, and Chinchilla did not have probable cause to arrest Plaintiff for any crime.

12. On that date Plaintiff had not engaged in any criminal activity.

13. Defendant Wallace did not witness Plaintiff commit any criminal act.

14. Defendant Echols did not witness Plaintiff commit any criminal act.

15. Defendant Pittman did not witness Plaintiff commit any criminal act.

16. Defendant Chinchilla did not witness Plaintiff commit any criminal act.

17. Defendants Wallace, Echols, Pittman, and Chinchilla did not receive information from anyone that Plaintiff had committed any criminal act before they encountered Plaintiff.

18. On or about April 11, 2017, Defendants Wallace, Echols, Pittman, and/or Chinchilla caused plaintiff to be charged with committing multiple criminal offenses despite the fact that there was not probable cause to charge Plaintiff with committing any crime.

19. As a result of Defendants Wallace, Echols, Pittman, and/or Chinchilla causing Plaintiff to be charged with criminal offenses he was subjected to a legal process and pretrial detention.

20. Defendants Wallace, Echols, Pittman, and/or Chinchilla knew that the pretrial detention of Plaintiff was not supported by probable cause.

21. On July 12, 2018, at the conclusion of a trial Plaintiff was found not guilt of all charges/counts.

22. By reason of the above-described acts and omissions of Defendants, Plaintiff sustained injuries, including but not limited to, humiliation and indignities, and suffered great mental and emotional pain and suffering all to his damage in an amount to be ascertained.

23. The aforementioned acts of Defendants were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiff's rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

24. By reason of the above-described acts and omissions of Defendants, Plaintiff was required to retain an attorney to institute, prosecute and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights. By reason thereof, Plaintiff

requests payment by Defendants, and each of them, of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

## COUNT I
### Plaintiff against Wallace, Echols, Pittman, and Chinchilla for UNREASONABLE SEIZURE

25. Plaintiff hereby incorporates and realleges paragraphs one (1) through twenty-four (24) hereat as though fully set forth at this place.

26. By reason of Defendants' conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth and/or Fourteenth Amendments of the Constitution of the United States and laws enacted thereunder.

27. The arbitrary intrusion by Defendants, into the security and privacy of Plaintiff's person was in violation of Plaintiff's constitutional rights and not authorized by law. Defendants violated Plaintiff's rights in the following manner: (1) The custodial arrest of Plaintiff was not supported by probable cause. These acts were in violation of Plaintiff's Fourth and/or Fourteenth Amendment rights. Therefore, Defendants, and each of them, in their individual capacity, is liable to Plaintiff pursuant to 42 U.S.C. § 1983.

## COUNT II
### Plaintiff against Wallace, Echols, Pittman, and Chinchilla For UNREASONABLE PRETRIAL DETENTION

28. Plaintiff hereby incorporates and realleges paragraphs one (1) through twenty-four (24) hereat as though fully set forth at this place.

29. Defendants Wallace, Echols, Pittman, and Chinchilla subjected Plaintiff to legal process and a pretrial detention without probable cause.

30. Defendants did not have probable cause to believe Plaintiff had committed an offense or cause him to be subjected to a pretrial detention from April 11, 2017 through on or about July 12, 2018.

31. All the criminal charges against Plaintiff terminated in his favor when he was found not guilty at the conclusion of his trial on July 12, 2018.

32. As a result of the foregoing, Plaintiff has sustained damage.

33. By reason of Defendants' conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth and/or Fourteenth Amendments of the Constitution of the United States and laws enacted thereunder.

34. The arbitrary intrusion by Defendants, into the security and privacy of Plaintiff's person was in violation of Plaintiff's constitutional rights and not authorized by law. Defendants violated Plaintiff's rights in the following manner: (1) Causing Plaintiff to be subjected to pretrial detention without any probable cause for the detention was in violation of Plaintiff's Fourth and/or Fourteenth Amendment rights. Therefore, Defendants, and each of them, in their individual capacity, is liable to Plaintiff pursuant to 42 U.S.C. § 1983.

## COUNT III
### Plaintiff against Wallace, Echols, Pittman, Chinchilla and The City of Chicago For MALICIOUS PROSECUTION

35. Plaintiff hereby incorporates and realleges paragraphs one (1) through twenty-four (24) hereat as though fully alleged at this place

36. Defendants were employed by the City of Chicago, and maliciously commenced and caused to be continued multiple felony charges against Plaintiff.

37. Defendants initiated, facilitated, and/or continued this malicious prosecution by giving false police reports, and/or preparing and/or signing a false criminal complaints and/or giving false statements to prosecutors for the purpose of causing the initiation and/or continuation of the criminal prosecution of Plaintiff.

38. The criminal proceedings terminated in Plaintiff's favor when he was found not guilty of all charges on July 12, 2018.

39. As a result of being prosecuted for these crimes Plaintiff was injured emotionally, financially, and otherwise.

40. The City of Chicago is liable to Plaintiff for the acts of Wallace, Echols, Pittman, and Chinchilla pursuant to the doctrine of *respondeat superior*.

41. Therefore, Wallace, Echols, Pittman, Chinchilla and the City of Chicago are liable under the supplemental state law claim of Malicious Prosecution.

WHEREFORE, the Plaintiff, by and through his attorneys, ED FOX & ASSOCIATES, Ltd. requests judgment as follows against the Defendants, and each of them:

1. That the Defendants be required to pay Plaintiff's general damages, including emotional distress, in a sum to be ascertained;

2. That the Defendants be required to pay Plaintiff's special damages;

3. That the Defendants, other than City of Chicago, be required to pay Plaintiff's attorneys fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision;

4. That the Defendants other than the City of Chicago be required to pay punitive and exemplary damages in a sum to be ascertained;

5. That the Defendants be required to pay Plaintiff's costs of the suit herein incurred; and

6. That Plaintiff have such other and further relief as this Court may deem just and proper.

BY: s/Garrett Browne

ED FOX & ASSOCIATES, Ltd.
Attorneys for Plaintiffs
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
gbrowne@efoxlaw.com

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

BY: s/Garrett Browne

ED FOX & ASSOCIATES, Ltd.
Attorneys for Plaintiffs
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
gbrowne@efoxlaw.com

7